UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJA AYANNA TERRY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:16-cv-02324 CKD<br><br><br><br>ORDER |

The administrative transcript in this action was filed April 25, 2017. Under the scheduling order filed September 30, 2016, plaintiff was directed to file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. Plaintiff was granted an extension of time until July 24, 2017 to file a motion for summary judgment or remand. That time has now expired, and plaintiff has failed to comply with the court's scheduling orders.

////
////
////
////
////

1

1     Good cause appearing, IT IS HEREBY ORDERED that:  Within twenty days from the
2 date this order is filed, plaintiff shall file a motion for summary judgment and/or remand.  Failure
3 to comply with this order shall result in a recommendation that this action be dismissed.

4 Dated:  August 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / terry2324.osc