PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LIZA JONES O/B/O AJA TERRY, | Case No.: 2:16-cv-02324 CKD |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two weeks from October 20, 2017 to **November 3, 2017**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel sprained her hand and is currently on medical leave. Due to unexpected leave, additional time is required as Counsel for Defendant has over 50 active pending matters, of which require 2+ responses to dispositive motions per week. Due to current workload demands and shortened staff, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Counsel apologizes for the belated nature of the request, but

she did not expect taking unanticipated medical leave. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 20, 2017		/s/ *Robert C. Weems
				(*as authorized by email on October 20, 2017)
				ROBERT C. WEEMS
				Attorney for Plaintiff

Dated:  October 20, 2017		PHILLIP A. TALBERT
				United States Attorney
				DEBORAH LEE STACHEL
				Regional Chief Counsel, Region IX
				Social Security Administration

				By	/s/  Tina L. Naicker
					TINA L. NAICKER
					Special Assistant U.S. Attorney
					Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:  October 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE