PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LIZA JONES O/B/O AJA TERRY,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-CV-02324-CKD<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two weeks from November 3, 2017 to **November 17, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel was on intermittent medical leave due to re-injuring her sprained right hand. As a result, Counsel had to take additional leave. Due to unanticipated medical leave, Counsel needs additional time as she has over 60 active pending matters, of which require 2+ responses to dispositive motions per week. Due to high workload demands and shortened staff due to budget constraints, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's

Motion for Summary Judgment. Counsel apologizes for the belated nature of the request, but she did not expect taking a longer recovery period for her recent hand injury and taking additional leave. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 2, 2017      /s/ *Robert C. Weems
                             (*as authorized by email on November 2, 2017)
                             ROBERT C. WEEMS
                             Attorney for Plaintiff

Dated: November, 2017        PHILLIP A. TALBERT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                        By   /s/ Tina L. Naicker
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: November 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE